
TMS: USAO 2022R00071


USDC- GREENBELT
'22 FEB 10 PM 3:14

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | CRIMINAL NO. CCB 22CR 50 |
| v. | * | |
| | * | (Threats Against the President of the |
| **SCOTT RYAN MERRYMAN,** | * | United States, 18 U.S.C. § 871; |
| | * | Interstate Communication Containing a |
| **Defendant** | * | Threat to Harm, 18 U.S.C. § 875(c); |
| | * | Forfeiture, 18 U.S.C. § 981(a)(1)(C), 21 |
| | * | U.S.C. § 853(p), 28 U.S.C. § 2461(c)) |
| | * | |

*******

## INDICTMENT

### COUNT ONE
### (Threats Against the President of the United States)

The Grand Jury for the District of Maryland charges:

On or about January 27, 2022, in the District of Maryland and elsewhere, the defendant,

### SCOTT RYAN MERRYMAN,

did knowingly and willfully make a threat to take the life of, and to inflict bodily harm upon the President of the United States, specifically, the defendant made the following statement: "I really encourage all to call the Whitehouse [sic] Switchboard . . . and ask for President AntiChrist [sic], or Secret Service Agent False Prophet and let them know we're coming to kill them both."

18 U.S.C. § 871

## COUNT TWO
### (Interstate Communication Containing a Threat to Harm)

The Grand Jury for the District of Maryland further charges that:

On or about January 27, 2022, in the District of Maryland and elsewhere, the defendant,

### SCOTT RYAN MERRYMAN,

knowingly and willfully did transmit and cause to be transmitted in interstate and foreign commerce from the State of Maryland to the State of Kansas, a communication that contained a threat to injure the person of another, to wit: a communication made by cellular telephone in which the defendant threatened to murder a Special Agent of the United States Secret Service.

18 U.S.C. § 875(c)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1.   Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 981(a)(1)(c), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the defendant's conviction under Count Two of this Indictment.

2.   Upon conviction of the offense alleged in Count Two of this Indictment, the defendant,

**SCOTT RYAN MERRYMAN,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

### Substitute Assets

3.   If, as a result of any act or omission of the defendant, any of the property described above as being subject to forfeiture:

   a.   cannot be located upon the exercise of due diligence;

   b.   has been transferred or sold to, or deposited with, a third person;

   c.   has been placed beyond the jurisdiction of the Court;

   d.   has been substantially diminished in value; or,

   e.   has been commingled with other property which cannot be subdivided without difficulty,

the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), shall be entitled to forfeiture of substitute property up to the value of the forfeitable property described above.

18 U.S.C. § 981(a)(1)(C)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

_____
Erek L. Barron
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

_16 FEB 2022_
Date