IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIM. NO. JKB-22-050 |
| SCOTT RYAN MERRYMAN, | |
| Defendant | |

### GOVERNMENT'S MOTION TO MODIFY COURT'S ORDER CONCERNING FACILITY INSPECTION

The United States of America, by counsel, hereby respectfully requests that the Court modify its recent Order, ECF 59, in which it instructed the government to respond to the defendant's motion to reopen the detention in this matter.

1. The Order requires the government's response to include the following:

> The Government's response shall include the U.S. Marshal's assessment of the security of the facility proposed in the Motion and the U.S. Marshal's opinion of whether the facility meets the Court's requirement of a "locked" unit. (See ECF No. 47.)

2. Per the Order, the government has asked the U.S. Marshals Service to conduct a site visit to the C.O.R.E. program at North Tampa Behavioral Health in Florida, the location referenced in the Order and in the defendant's motion to reopen. However, the Marshals have expressed concern that because the C.O.R.E. program is not a detention facility and is not contracted with by the Marshals, that the Marshals Service would not typically engage in an assessment of or render an opinion about such a location.

3. The government has suggested to the Marshals that the Marshals conduct the site visit and provide a report that is strictly factual, based on the Marshals' observation of the facility,

˜1˜

rather than an assessment or opinion. The Marshals advise that such an approach is workable and have made arrangements for USMS personnel in Tampa, Florida to visit the C.O.R.E. location in the next 24 hours.

4. Accordingly, the government asks that the Court modify the above language in ECF 59 to read as follows:

> The Government's response shall include any factual information obtained by the U.S. Marshals following a visit to the facility proposed in the Motion. Specifically, the response shall include any information or observations reported by the U.S. Marshals relevant to the issue of whether the facility meets the Court's requirement of a "locked" unit. (See ECF No. 47.)

5. The defense advises that it has no objection to this request.

WHEREFORE, the United States respectfully requests that the Court modify ECF 59 as suggested above.

Respectfully submitted,

Erek L. Barron
United States Attorney

By:              /s/
Michael C. Hanlon
Assistant United States Attorney

36 South Charles Street, Fourth Floor
Baltimore, Maryland 21201
410-209-4895
Michael.hanlon@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify a copy of the foregoing will be sent by ECF to:

>Liz Oyer, Esquire
>Assistant Federal Public Defender

>_____/s/_____
>Michael C. Hanlon
>Assistant United States Attorney