IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. JKB-22-50 |
| SCOTT RYAN MERRYMAN | * | |

\* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF "INSANITY" DEFENSE
AND EXPERT EVIDENCE OF MENTAL CONDITION**

Scott Ryan Merryman, by counsel, hereby provides notice pursuant to Federal Rule of Criminal Procedure 12.2(a) of the Defense's intent to assert a defense of "insanity" at the time of the alleged offense. Mr. Merryman provides notice pursuant to Rule 12.2(b) of the Defense's intent to introduce expert evidence relating to a mental disease or defect or other mental condition bearing on the issue of guilt of the alleged offense.

During the conference call scheduled with the Court for April 19, 2022, the Defense will request to address matters relating to the Government's anticipated motion for a psychiatric or psychological motion and to set a prompt trial, as outlined in the Defense's contemporaneous correspondence to the Court.

A copy of this notice is being provided to Government counsel and the Clerk via ECF.

Respectfully submitted,

James Wyda
Federal Public Defender

1

               /s/
SEDIRA BANAN (#804827)
Assistant Federal Public Defender
Office of the Federal Public Defender
100 South Charles Street
Tower II, 9th Floor
Baltimore, Maryland 21201
Telephone: (410) 962-3962
Facsimile: (410) 962-3976
Email: Sedira_Banan@fd.org