THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. JKB-22-50 |
| | * | |
| SCOTT RYAN MERRYMAN, | * | |
| | * | |
| Defendant | * | |
| | * | |
| ****** | | |

**CONSENT MOTION TO EXCLUDE TIME
PURSUANT TO THE SPEEDY TRIAL ACT**

The United States of America, by its undersigned counsel, hereby moves that this Court make a finding pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B) that the necessity for the parties to review the psychiatric report ordered in this case, and for discussing a possible resolution to this case without the need for trial, outweighs the best interests of the public and the Defendant in a speedy trial. For the reasons set forth below, the Court should find that the parties need a longer period than is normally afforded under the Speedy Trial Act.

1. On April 18, 2022, counsel for the Defendant filed a Notice of "Insanity" Defense pursuant to Federal Rule of Criminal Procedure 12.2. ECF No. 87. That same day, the Government filed a motion seeking a psychiatric exam pursuant to 18 U.S.C. § 4242. ECF No. 88. On April 21, 2022, this Court granted the Government's motion for a psychiatric examination of the Defendant pursuant to 18 U.S.C. § 4242. ECF No. 90. Yesterday, the parties received the report of that examination. At today's telephonic status conference, the parties discussed the need for additional time to fully review the report, and evaluate options for a pre-trial resolution in light of the findings contained within the report. During today's status conference, counsel for the Defendant, Sedira Banan, Esq., consented to this motion.

2.      The aforementioned facts establish that the ends of justice served by the requested postponement and exclusion of time outweigh the best interests of the Defendant and the public in a speedy trial, and the requested exclusion of time within which to commence trial is therefore justified by 18 U.S.C. § 3161(h)(7).  These facts also make clear that the 70 days contemplated by the Speedy Trial Act will be inadequate.

3.      For the foregoing reasons, the government requests that the Court find that the interests of justice require a reasonable period of time to be excluded from the Speedy Trial clock pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B), specifically, the period between and including September 7, 2022 and September 21, 2022.

For the convenience of the Court, a proposed order is attached.

Respectfully Submitted,

Erek L. Barron
United States Attorney

By:     /s Thomas M. Sullivan
        Thomas M. Sullivan
        Michael C. Hanlon
        Assistant United States Attorneys