UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIM. NO. JKB-22-050 |
| | : |
| SCOTT MERRYMAN | : |

## WAIVER OF JURY TRIAL

I, Scott Merryman, have been advised that I am entitled to a jury trial on the charges pending against me in the case of *United States v. Scott Merryman*, JKB-22-050. I hereby waive my right to a jury trial and elect to proceed with a bench trial before the Honorable James K. Bredar.

8 Jan 2025
Date

Scott Merryman

1/8/25
Date

Sedira Banan
Counsel for Scott Merryman

The Government consents to a bench trial.

1/9/25
Date

Thomas Sullivan
Michael Hanlon
Assistant United States Attorneys

The Court approves the parties' waiver of a jury trial and election to proceed by bench trial.

_____
Date

Hon. James K. Bredar