TMS: USAO 2022R00071

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| v. | *   CRIMINAL NO. JKB-22-50 |
| | * |
| **SCOTT RYAN MERRYMAN,** | * |
| | * |
| Defendant | * |
| | * |
| ******* | |

## GOVERNMENT'S MOTION TO SEAL

The United States of America, by and through undersigned counsel, respectfully moves this Court for an order sealing the Government's Status Report in the above-referenced matter, and in support thereof states:

1. The Court's Order at ECF 188 directs the Government to file a report regarding the status of the Defendant's examination pursuant to 18 U.S.C. § 4243. The Government's Status Report addresses sensitive matters, including the Defendant's ongoing medical treatment.

2. To seal a court filing, the government must demonstrate that: (1) there is a compelling government interest requiring materials to be kept under seal and (2) there is no less restrictive means, such as redaction, available. *In re Search Warrants Issued on April 26, 2004*, 353 F. Supp. 2d 584 (D. Md. 2004). The procedures for sealing are set forth in *Baltimore Sun Co. v. Goetz*, 886 F.2d 60 (4th Cir. 1989). "The judicial officer may explicitly adopt the facts that the government presents to justify the sealing ...." *Id*. at 65. This motion and the Court's reasons for sealing should also be sealed. *Id*. Notice of the sealing is required, but the notice requirement is satisfied by the docketing of the order sealing the documents. *Id*.

Rev. April 2020

WHEREFORE, the government respectfully requests that the above-referenced filing, along with this motion and the Court's reasons for sealing, if made express in the order, be placed under seal until further order of this Court.

                                  Respectfully submitted,

                                  Kelly O. Hayes
                                  United States Attorney

By:    <u>/s/ Thomas M. Sullivan</u>
          Thomas M. Sullivan
          Assistant United States Attorney